IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DANA MORRIS,

    Plaintiff,

v.

ASTRAZENECA PHARMACEUTICALS, LP
and MEGAN DEFRAIN,

    Defendants.                                   Case No. 10-cv-56-DRH

## ORDER

**HERNDON, Chief Judge:**

    This matter comes before the Court for case management purposes, in particular to remind defendant AstraZeneca Pharmaceuticals, LP, of its obligation to comply with the requirements of **FEDERAL RULE OF CIVIL PROCEDURE 7.1** by filing a corporate disclosure statement.  Thus, the Court **ORDERS** Defendant to file its disclosure statement within ten (10) days from the date of issuance of this Order.

    **IT IS SO ORDERED.**

    Signed this 15th day of November, 2010.

                                                       David R. Herndon
                                                       2010.11.15
                                                       15:07:11 -06'00'

                                        **Chief Judge**
                                        **United States District Court**