IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DANA MORRIS,**

    **Plaintiff,**

**v.**                                              **No. 10-cv-00056-DRH**

**ASTRAZENECA PHARMACEUTICALS,**

    **Defendant.**

## ORDER

**HERNDON, Chief Judge:**

Before the Court is plaintiff Dana Moriss' stipulation of dismissal with prejudice (Doc. 33).  The Court hereby acknowledges the stipulation and finds that all of plaintiff's claims plead in the amended complaint against defendant are dismissed with prejudice, each party to bear their own fees and costs.  The Clerk is instructed to close the file and enter judgment accordingly.

    **IT IS SO ORDERED.**

Signed this 14th day of November, 2011.

*Digitally signed by David R. Herndon*
*Date: 2011.11.14 12:07:25 -06'00'*

    **Chief Judge**
    **United States District Court**