IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DANA MORRIS,

    **Plaintiff,**

v.

ASTRAZENECA PHARMACEUTICALS,

    **Defendant.**                    No. 10-CV-0056-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 14, 2011, this case is **DISMISSED** with prejudice.  Each party shall bear their own costs and fees.

                          NANCY J. ROSENSTENGEL,
                          CLERK OF COURT

                          BY:        **/s/*Sandy Pannier***
                                         **Deputy Clerk**

Dated: November 14, 2011

Digitally signed by David R. Herndon
Date: 2011.11.14 15:13:03 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT